STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOSEPH TAFARO, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

Mr. *Norman Fischbein* for the petitioner.

Mr. *Brendan T. Byrne* and Mr. *Peter Murray* for the respondent.

April 27, 1964.   Denied.

PATRICK COX, *ET AL.*, PLAINTIFFS-PETITIONERS, v. PATRICK C. DONOVAN, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Warren, Chasan, Leyner & Holland* for the petitioners.

*Messrs. Rooney, Peduto & Sheehy* for the respondents.

April 27, 1964.   Denied.